IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

HONORABLE JOHN SIEFERT,

                Plaintiff,

      v.

JAMES C. ALEXANDER, in his official capacity as the Executive Director of the Wisconsin Judicial Commission; LARRY BUSSAN, in his official capacity as administrative assistant for the Wisconsin Judicial Commission; GINGER ALDEN, in her official capacity as a Member of the Wisconsin Judicial Commission; DONALD LEO BACH, in his official capacity as a Member of the Wisconsin Judicial Commission; JENNIFER MORALES, in her official capacity as a Member of the Wisconsin Judicial Commission; JOHN R. DAWSON, in his official capacity as a Member of the Wisconsin Judicial Commission; DAVID A. HANSHER, in his official capacity as a Member of the Wisconsin Judicial Commission; GREGORY A. PETERSON, in his official capacity as a Member of the Wisconsin Judicial Commission; WILLIAM VANDER LOOP, in his official capacity as a Member of the Wisconsin Judicial Commission; MICHAEL R. MILLER, in his official capacity as a Member of the Wisconsin Judicial

                            MEMORANDUM

                            08-cv-126-bbc

1

Commission; JAMES M. HANEY, in his
official capacity as a Member of the
Wisconsin Judicial Commission,

                              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff John Seifert is a judge in the Circuit Court for Milwaukee County, Wisconsin. In this civil action, he contends that certain Wisconsin Supreme Court Rules limiting his political affiliation and activity violate his free speech rights. Accompanying his complaint is a motion for a preliminary injunction prohibiting defendants from enforcing those rules against him.

      The court cannot proceed with plaintiff's motion until each of the defendants has been served with plaintiff's complaint. Once plaintiff files with the court proof of personal service of each defendant in accordance with Fed. R. Civ. P. 4(*l*) or a waiver of service under Fed. R. Civ. P. 4(d), I will schedule briefing and a hearing.

      Entered this 14th day of March, 2008.

                              BY THE COURT:
                              /s/
                              BARBARA B. CRABB
                              District Judge