IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HONORABLE JOHN SIEFERT,

    Plaintiff,

v.

JAMES C. ALEXANDER, in his official capacity as the Executive Director of the Wisconsin Judicial Commission; GINGER ALDEN, in her official capacity as a Member of the Wisconsin Judicial Commission; DONALD LEO BACH, in his official capacity as a Member of the Wisconsin Judicial Commission; JOHN R. DAWSON, in his official capacity as a Member of the Wisconsin Judicial Commission; DAVID A. HANSHER, in his official capacity as a Member of the Wisconsin Judicial Commission; GREGORY A. PETERSON, in his official capacity as a Member of the Wisconsin Judicial Commission; WILLIAM VANDER LOOP, in his official capacity as a Member of the Wisconsin Judicial Commission; MICHAEL R. MILLER, in his official capacity as a Member of the Wisconsin Judicial Commission; JAMES M. HANEY, in his official capacity as a Member of the Wisconsin Judicial Commission,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-126-bbc

---

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff, Honorable John Siefert, declaring that Wisconsin Supreme Court Rules 60.06(2)(b)1, 60.06(4) and the prohibition on endorsing partisan candidates in 60.06(2)(b)4 are unconstitutional because they violate the First Amendment. Defendants

Judgment in a Civil Case                                                                 Page 2

James C. Alexander, Ginger Alden, Donald Leo Bach, John R. Dawson, David A. Hansher, Gregory A. Peterson, William Vander Loop, Michael R. Miller, James M. Haney and any future members of the Wisconsin Judicial Commission are enjoined from enforcing these rules against plaintiff.

Approved as to form this 18th day of February, 2009.

_____
BARBARA B. CRABB,
DISTRICT JUDGE

_____     2/23/09
Peter Oppeneer, Clerk of Court              Date