IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HONORABLE JOHN SIEFERT,

    Plaintiff,

v.

JAMES C. ALEXANDER, in his official capacity as the Executive Director of the Wisconsin Judicial Commission; GINGER ALDEN, in her official capacity as a Member of the Wisconsin Judicial Commission; DONALD LEO BACH, in his official capacity as a Member of the Wisconsin Judicial Commission; JOHN R. DAWSON, in his official capacity as a Member of the Wisconsin Judicial Commission; DAVID A. HANSHER, in his official capacity as a Member of the Wisconsin Judicial Commission; GREGORY A. PETERSON, in his official capacity as a Member of the Wisconsin Judicial Commission; WILLIAM VANDER LOOP, in his official capacity as a Member of the Wisconsin Judicial Commission; MICHAEL R. MILLER, in his official capacity as a Member of the Wisconsin Judicial Commission; and JAMES M. HANEY, in his official capacity as a Member of the Wisconsin Judicial Commission,

    Defendants.

AMENDED JUDGMENT IN A CIVIL CASE

Case No. 08-cv-126-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff, Honorable John Siefert, declaring that Wisconsin Supreme Court Rule 60.06(2)(b)1 is unconstitutional because it violates the First Amendment. Defendants

James C. Alexander, Ginger Alden, Donald Leo Bach, John R. Dawson, David A. Hansher, Gregory A. Peterson, William Vander Loop, Michael R. Miller, James M. Haney and any future members of the Wisconsin Judicial Commission are enjoined from enforcing this rule against plaintiff.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendants on plaintiff's claims that Wisconsin Supreme Court Rules 60.06(2)(b)4 and 60.06(4) violate the First Amendment, and these claims are dismissed.

Approved as to form this 17th day of September, 2010.

*Barbara B. Crabb*
Barbara B. Crabb
District Judge

*Peter Oppeneer*                              9/21/10
Peter Oppeneer                                Date
Clerk of Court